**SCURA, WIGFIELD, HEYER,**
**STEVENS & CAMMAROTA, LLP**
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Telephone: (201) 490-4777
Rahaf Alrehaili
RAlrehaili@scura.com
Attorneys for Defendant

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re.<br><br>DAMJAN STANIVUKOVIC,<br><br>Debtor. | Chapter 7<br><br>CASE NO.: 25-13908-SLM |
| HENICK-LANE, INC<br><br>Plaintiffs<br><br>Vs.<br><br>DAMJAN STANIVUKOVIC,<br><br>Defendant. | ADV. PRO. NO.: 25-01291-SLM |

### APPLICATION FOR ENTRY OF A STIPULATION AND CONSENT ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADING

The Applicant, Damjan Stanivukovic (the "Defendant) by and through his counsel, Scura, Wigfield, Heyer Stevens & Cammarota, LLP, files this application for the entry of a Stipulation and Consent Order extending time to file responsive pleading, and state the following:

1. On July 14, Henick-Lane, Inc.("Plaintiff") though his counsel Cohen Seglias Pallas Greenhall & Furman PC, filed a complaint against the Defendant.

2. The current deadline for the Defendant to file an answer is August 14, 2025.

3. The Defendant is currently incarcerated, and communication is taking longer than anticipated.

4. The Defendant and Defendant's counsel have agreed that the retainer fee will be received before substantial time is incurred in preparing the answer.

5. The Defendant is awaiting receipt of a check from the life insurance policy to pay the retainer fee.

6. The Defendant and Plaintiff have agreed, pursuant to Federal Rule of Bankruptcy Procedure 9006(b) to extend the deadline for filing the answer to August 27, 2025, subject to the approval of this Court.

**WHEREFORE**, the Debtor respectfully requests entry of the Stipulation and Consent Order extending the deadline to file responsive pleading to August 27, 2025.

Dated: August 13, 2025

**SCURA, WIGFIELD, HEYER,
STEVENS & CAMMAROTA, LLP**

Attorneys for Debtor
By: */s/Rahaf Alrehaili*
Rahaf Alrehaili, Esq.