**SCURA, WIGFIELD, HEYER,**
**STEVENS & CAMMAROTA, LLP**
1599 Hamburg Turnpike
Wayne, New Jersey 07470
Telephone: (201) 490-4777
Rahaf Alrehaili
RAlrehaili@scura.com
Attorneys for Defendant

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In Re. | Chapter 7 |
| DAMJAN STANIVUKOVIC, | CASE NO.: 25-13908-SLM |
| Debtor. | |
| HENICK-LANE, INC | ADV. PRO. NO.: 25-01291-SLM |
| Plaintiffs | |
| Vs. | |
| DAMJAN STANIVUKOVIC, | |
| Defendant. | |

**STIPULATION AND CONSENT ORDER EXTENDING**
**TIME TO FILE RESPONSIVE PLEADING**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

Case 25-01291-SLM    Doc 4-2    Filed 08/13/25    Entered 08/13/25 17:00:49    Desc
Stipulation and Consent Order Extending Time to File Responsive Pleading    Page 2 of 2

Page 2
Adv. Pro. No..: 25-01291-SLM
Stipulation and Consent Order Extending Time to File Responsive Pleading

This Stipulation is made by and between Henick-Lane, Inc. ("Plaintiff") and Damjan Stanivukovic (the "Defendant,"), by and through their respective counsel of record, have agreed to extend the time for the defendant to file an answer to the complaint or otherwise respond; and in support state the following:

WHEREAS the current deadline for the Defendant to file an answer is August 14, 2025;

WHEREAS the Defendant is currently incarcerated, and communication is taking longer than anticipated.

WHEREAS the Defendant and Defendant's counsel have agreed that the retainer fee will be received before substantial time is incurred in preparing the answer.

WHEREAS the Defendant is awaiting receipt of a check from the life insurance policy to pay the retainer fee.

WHEREAS the parties have agreed, pursuant to Federal Rule of Bankruptcy Procedure 9006(b) to extend the deadline for filing the answer to August 27, 2025, subject to the approval of this Court.

**NOW, THEREFORE, IT IS HEREBY ORDERED**

1. The deadline for the defendant to file an answer or otherwise respond to the complaint in this adversary proceeding is extended to August 27, 2025
2. All other deadlines remain in effect unless otherwise ordered by the Court.

The parties, by and between the undersigned
counsel, consent to the entry of this order.:

**AGREED:**

| | |
|---|---|
| COHEN SEGLIAS PALLAS GREENHALL & FURMAN PC | *SCURA, WIGFIELD, HEYER STEVENS & CAMMAROTA, LLP* |
| *Counsel to the Plaintiff* | *Counsel to the Defendant* |
| By:*/s/ Gary Repke, Jr* | By*: /s/Rahaf Alrehaili, Esq.* |
| Gary Repke, Jr | Rahaf Alrehaili, Esq |